**630**

MORRIS *v.* GEORGIA POWER COMPANY *et al.*
STEELE *v.* GEORGIA POWER COMPANY *et al.*
ASKEA *v.* GEORGIA POWER COMPANY *et al.*

PER CURIAM. These cases are controlled by the decision in the case of *Lambert* v. *Georgia Power Co.*, ante, 624.

*Judgment affirmed. Justices Gilbert and Bell, and Judges Graham, Worrill, and Porter concur. Beck, P. J., absent because of illness.*

Nos. 10656, 10657, 10675. FEBRUARY 10, 1936.

*Ezra E. Phillips,* for plaintiff.
*Colquitt, Parker, Troutman & Arkwright, Harllee Branch Jr.,* and *Harwell & Barrett,* for defendants.